UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WMS GAMING INC., <br><br> Plaintiff, <br><br> v. <br><br> BALLY GAMING, INC. d/b/a BALLY TECHNOLOGIES, <br><br> Defendant. | Civil Action No. 1:10-cv- <br><br> (Jury Trial Demanded) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff WMS Gaming Inc. for its complaint for patent infringement against Defendant Bally Gaming, Inc. d/b/a Bally Technologies states as follows:

## NATURE OF CASE

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and particularly 35 U.S.C. §§ 271 and 281.

## THE PARTIES

### Plaintiff WMS Gaming Inc.

2. Plaintiff WMS Gaming Inc. ("WMS Gaming") is a Delaware corporation with principal places of business at 3401 North California Avenue, Chicago, IL 60618 (*i.e.,* its Chicago Technology Campus) and 800 South Northpoint Boulevard, Waukegan, IL 60085 (*i.e.,* its Corporate Headquarters). (*See* http://www.wms.com/contact.php.)

3. WMS Gaming is engaged in the business of, *inter alia*, designing, manufacturing and marketing video and reel-spinning gaming machines.

4.      WMS Gaming is the record owner of U.S. Patent No. 7,458,890 ("the '890 Patent") entitled "Reel Spinning Slot Machine with Superimposed Video Image," which legally and duly issued on December 2, 2008.  A true and correct copy of the '890 Patent is attached as Exhibit A.

5.      WMS Gaming is the record owner of U.S. Patent No. 7,585,220 ("the '220 Patent") entitled "Gaming Machine with Superimposed Display Image," which legally and duly issued on September 8, 2009.  A true and correct copy of the '220 Patent is attached as Exhibit B.

6.      Through an agreement with Universal Entertainment Corp. (formerly Aruze Corp.), WMS Gaming has the right to enforce the following patents and any related patents: U.S. Patent Nos. 6,937,298; 7,097,560; 7,140,963; 7,159,865; 7,169,048; 7,207,883; 7,219,893; 7,220,181; 7,234,697; 7,281,980; 7,322,884; 7,329,181; 7,355,660; 7,390,259; 7,404,766; 7,465,228; 7,479,061; 7,479,066; 7,485,039; 7,510,476; 7,520,812; and 7,695,364.  WMS Gaming also has the right to enforce any patents that issue from the following applications and any related applications: U.S. Publication Nos. 2004/0116178; 2004/0147303; 2004/0166925; 2005/0187003; 2004/0192441; 2004/0209666; 2004/0209667; 2004/0209668; 2004/0209670; 2004/0209672; 2004/0209676; 2004/0209679; 2004/0209683; 2004/0214635; 2004/0214636; 2004/0214637; 2004/0224758; 2004/0229686; 2004/0242323; 2005/0032571; 2005/0170879; 2005/0192083; 2005/0192084; 2005/0192085; 2005/0272500; 2005/0282616; 2005/0282617; 2006/0089192; 2007/0060296; 2007/0123348; 2007/0184893; 2008/0020820; 2008/0125210A1; 2008/0176653; 2008/0261674; and 2009/0247276.  Once WMS Gaming has had an opportunity to conduct discovery, including discovery of Defendant's infringing games, WMS Gaming may seek leave to amend its complaint, if appropriate, to assert additional patents.

**Defendant Bally Gaming, Inc. d/b/a Bally Technologies**

7. On information and belief, Defendant Bally Gaming, Inc. is a Nevada corporation with a principal place of business at 5th Avenue Station, Suite #420, 300 E. 5th Avenue, Naperville, IL 60563. (*See* http://www.ballytech.com/customer-center/contact-us.)

8. On information and belief, Defendant is engaged in the business of, *inter alia*, designing, manufacturing and marketing video and reel-spinning gaming machines.

9. On information and belief, Defendant is doing business in Illinois under the trade style name of Bally Technologies. (Exhibit C.)

10. On information and belief, Defendant's registered agent in Illinois is C T Corporation System, located at 208 S. LaSalle St., Suite 814, Chicago, IL 60604-1101. (*Id.*)

**JURISDICTION AND VENUE**

11. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12. On information and belief, this Court has personal jurisdiction over Defendant at least because it has used, offered for sale, and/or sold in Illinois, and within this District, infringing games at issue in this action, it has offices in Illinois, it has sales representatives in Illinois, it is registered with the Illinois Secretary of State to do business in Illinois, it is registered with and is licensed as a gaming equipment supplier by the Illinois Gaming Board (*see* http://www.igb.state.il.us/Pending/ILSUPPUBweb.pdf), it has a registered agent in Illinois, it pays taxes in Illinois, it has sales to riverboat casinos in Illinois, and it has a website directed to customers in Illinois from which customers can enter Defendant's online parts-ordering system and can purchase parts online (*see* https://ecom.ballytech.com/account/login.)

13. Venue is proper in this judicial district pursuant to at least 28 U.S.C. §§ 1391(b)(1) and 1400(b).

## GENERAL ALLEGATIONS

### WMS Gaming's Patented TRANSMISSIVE REELS® Technology

14. The '890 and '220 Patents are directed to WMS Gaming's TRANSMISSIVE REELS® technology.

15. WMS Gaming's TRANSMISSIVE REELS® technology combines the visceral appeal of mechanical-reel gaming with the visually engaging, interactive animation of video slots by projecting graphically-rich video content on a display screen (*e.g.*, a LCD) over a mechanical-reel slot machine. This creates a unique gaming experience unlike anything ever played before and provides virtually unlimited bonus game opportunities.

16. WMS Gaming's TRANSMISSIVE REELS® technology is found, for example, in its BRUCE LEE™ game shown in Illustration 1.



**Illustration 1. BRUCE LEE™ game**

17. As shown in Illustrations 2, 3, and 4, the BRUCE LEE™ game has a LCD screen overlaying mechanical reels.


**Illustration 2. BRUCE LEE™ game**


**Illustration 3. BRUCE LEE™ game**


**Illustration 4. BRUCE LEE™ game**

COMPLAINT FOR PATENT INFRINGEMENT                                                                                                Page 5 of 15

18. As shown in Illustration 5, a player of the BRUCE LEE™ game can see through the LCD screen in the transparent portions located over the mechanical reels.


**Illustration 5. BRUCE LEE™ game**

19. As shown in Illustration 6, after a player of the BRUCE LEE™ game spins the mechanical reels, video may be provided on the LCD screen. In this example, the portions of the LCD screen over the left and right mechanical reels have changed from transparent to opaque with the word "WILD" superimposed over those reels. Furthermore, video in the form of a red "pay line" is displayed on the LCD screen in front of the reels.


**Illustration 6. BRUCE LEE™ game**

20. As shown in Illustrations 7, 8, and 9, the BRUCE LEE™ game includes a bonus feature that is played on the touch sensitive LCD screen. In this example, the player may touch one of the "stars" at the top of the LCD screen in order to potentially receive a bonus, which is animated as exploding fireworks.


Illustration 7. BRUCE LEE™ game


Illustration 8. BRUCE LEE™ game


Illustration 9. BRUCE LEE™ game

**Defendant's Infringing Interactive/Transparent Reels Systems**

21. On information and belief, Defendant has copied WMS Gaming's patented TRANSMISSIVE REELS® technology into Defendant's games, including at least its Cash Spin, Dragon Dynasty, Twin Tigers, and Sky Spirits games.

22. Defendant touts its Cash Spin game as using what it describes as an "Interactive Reels" system. (Exhibit D.)

23. Defendant describes its "Interactive Reels" system as follows: "Unique graphic animations appear to float in front of the reels during bonus rounds, while the video overlay fades into the background during normal game play, allowing the mechanical reels underneath to come to the visual foreground." (Exhibit E.)

24. A video demo of Defendant's Cash Spin game can be seen on its website at http://www.ballytech.com/games/premium-games/stepper-slots/cash-spin-1748.html.

25. In the audio portion of the video demo referenced in paragraph 24, Defendant states "Cash Spin combines the visually stunning V32 video display with innovative, interactive reels technology . . . in an award winning gaming device like nothing else in the industry."

26. Illustration 11 is an annotated excerpt from the video demo referenced in paragraph 24. As shown in Illustration 11, the Cash Spin game has a LCD screen overlaying mechanical reels, and a player of the Cash Spin game can see through the LCD screen in the transparent portions located over the mechanical reels.



**Illustration 11. Cash Spin game**

27. Illustration 12 is an excerpt from the video demo referenced in paragraph 24. As shown in Illustration 12, after a player of the Cash Spin game spins the mechanical reels, video may be provided on the LCD screen. In this example, the portion of the LCD screen over the right mechanical reel has changed from transparent to partially opaque and is outlined in yellow.



**Illustration 12. Cash Spin game**

28. Illustration 13 is an excerpt from the video demo referenced in paragraph 24. As shown in Illustration 13, the Cash Spin game includes a bonus feature that is played on the touch sensitive LCD screen. In this example, the player may touch one of the bags of money to potentially receive a bonus.



**Illustration 13. Cash Spin game**

29. In the audio portion of the video demo referenced in paragraph 24, Defendant states "[d]uring bonus events, dazzling animations magically float in front of the reels for a unique, memorable, and captivating gaming experience [and] [p]layers interface with the game using the touch-enabled LCD screen superimposed over the reels."

30. Defendant touts its Dragon Dynasty, Twin Tigers, and Sky Spirits games as using what it describes as a "Transparent Reels" system. (Exhibits F and G.)

31. Defendant described its "Transparent Reels" system on its website as a "breakthrough in visual presentation that adds an entirely new dimension to traditional reel-spinning games" and that "creates a simulated 3-D effect where various special animations are displayed in front of the mechanical reels." (Exhibit F.)

32. Defendant further represented on its website that "[t]he key to Transparent Reels is its unique LCD screen that is superimposed over the mechanical reels beneath. During normal game play, the reels spin exactly like a traditional stepper, with the Transparent Reels effect becoming virtually invisible. But whenever a win or bonus event occurs, this amazing LCD screen comes to life with dynamic animations, captivating effects, and unexpected surprises - all appearing to magically 'float' in front of the reels. In addition, this superimposed LCD video is touch-enabled, allowing players to actively interface with the game during the bonus round where animated images appear above the mechanical reels." (*Id.*)

33. Defendant offered a brochure at the 2009 Global Gaming Expo in Las Vegas, Nevada that describes its "Transparent Reels" system as "[c]ombining the classic appeal of traditional mechanical reels with the visual impact of cutting-edge video effects." (Exhibit G.)

34. The brochure referenced in paragraph 33 states, "[t]his unique interactive-reels technology superimposes dynamic video animations over standard mechanical reels. During

regular play, the mechanical reels are clearly visible through the specially designed, translucent LCD display. But when a bonus sequence is triggered, or a winning combination occurs, the superimposed display comes alive with a dazzling variety of special effects for a truly unforgettable gaming experience." (*Id.*)

35. The brochure referenced in paragraph 33 includes an image of Defendant's Twin Tigers game, which is reproduced in Illustration 14. (*Id.*)


**Illustration 14**

### COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,458,890

36. WMS Gaming incorporates herein the allegations of paragraphs 1 through 35 above specifically by reference.

37. WMS Gaming has never licensed or permitted Defendant to practice any of the legal rights granted under the '890 Patent.

38. On information and belief, Defendant has infringed, and is infringing, one or more claims of the '890 Patent by making, using, selling, and/or offering to sell games with its "Interactive Reels" system or "Transparent Reels" system, including at least its Cash Spin, Dragon Dynasty, Twin Tigers, and Sky Spirits games.

39. On information and belief, Defendant's infringement of the '890 Patent has been, and continues to be, with full knowledge of the '890 Patent and is a deliberate and willful infringement thereof.

40. By reason of Defendant's infringement of the '890 Patent, Defendant has caused and continues to cause WMS Gaming to suffer damage and irreparable harm.

41. WMS Gaming has no adequate remedy at law for Defendant's infringement of the '890 Patent.

42. On information and belief, Defendant's infringement of the '890 Patent will continue unless enjoined by this Court.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 7,585,220

43. WMS Gaming incorporates herein the allegations of paragraphs 1 through 35 above specifically by reference.

44. WMS Gaming has never licensed or permitted Defendant to practice any of the legal rights granted under the '220 Patent.

45. On information and belief, Defendant has infringed, and is infringing, one or more claims of the '220 Patent by making, using, selling, and/or offering to sell games with its "Interactive Reels" system or "Transparent Reels" system, including at least its Cash Spin, Dragon Dynasty, Twin Tigers, and Sky Spirits games.

46. On information and belief, Defendant's infringement of the '220 Patent has been, and continues to be, with full knowledge of the '220 Patent and is a deliberate and willful infringement thereof.

47. By reason of Defendant's infringement of the '220 Patent, Defendant has caused and continues to cause WMS Gaming to suffer damage and irreparable harm.

48. WMS Gaming has no adequate remedy at law for Defendant's infringement of the '220 Patent.

49. On information and belief, Defendant's infringement of the '220 Patent will continue unless enjoined by this Court.

## JURY DEMAND

In accordance with the Seventh Amendment of the United States Constitution, WMS Gaming demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, WMS Gaming prays that:

a) Pursuant to 35 U.S.C. §271, this Court enter judgment that the Defendant has been and is currently infringing the '890 and '220 Patents;

b) Defendant, its officers, agents, servants, employees, assigns, successors in interest, and attorneys, and all those in active concert or participation with them who received actual notice of the injunction, by personal service or otherwise, be permanently enjoined from infringing the '890 and '220 Patents;

c) Defendant be directed to pay WMS Gaming the amount of damages that it has sustained as a result of Defendant's acts of patent infringement, and that such damages be trebled

under 35 U.S.C. §284;

      d)      This be declared an exceptional case under 35 U.S.C. §285;

      e)      WMS Gaming be awarded its attorneys' fees;

      f)      Defendant be directed to pay an award of pre-judgment interest, post-judgment interest, and costs of the suit to WMS Gaming; and

      g)      WMS Gaming be granted such other further relief as the Court may deem proper and just.

Respectfully submitted,

Dated: October 16, 2010

/s/ Timothy C. Meece
Timothy C. Meece (IL Bar No. 06226967)
V. Bryan Medlock (*pro hac vice* pending)
J. Pieter van Es (IL Bar No. 06210313)
Michael J. Harris (IL Bar No. 06280168)
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

Attorneys for Plaintiff,
WMS Gaming Inc.

**EXHIBIT LIST**

| Exhibit Letter | Description |
|---|---|
| A | U.S. Patent No. 7,458,890 entitled "Reel Spinning Slot Machine with Superimposed Video Image" |
| B | U.S. Patent No. 7,585,220 entitled "Gaming Machine with Superimposed Display Image" |
| C | Illinois Secretary of State record for Defendant |
| D | Defendant's press release dated November 11, 2009 (also available at http://ballytech.com/press-room/press-release-details/2009/11/11/bally-technologies-innovation-wins-top-2010-gamin-715.html) |
| E | Defendant's press release dated April 30, 2010 (also available at http://ballytech.com/press-room/press-release-details/2010/04/30/bally-technologies-launches-new-cash-spin-slot-mac-741.html) |
| F | Printout of http://www.ballytech.com/games/transparent-reels |
| G | Excerpt from a brochure Defendant offered at the 2009 Global Gaming Expo in Las Vegas, Nevada |