# Exhibit C



26862081771 Page 1

26862081771-LIT

## Litigation Preparation Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 09/28/2010 |
| **Database Last Updated:** | 09/30/2010 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 09/30/2010 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| **Name:** | **BALLY GAMING**, INC. |

### Name Information

| | |
|---|---|
| **Trade Style Name:** | **BALLY** TECHNOLOGIES |

### Filing Information

| | |
|---|---|
| **Filing Date:** | 12/13/1991 |
| **State of Incorporation:** | NEVADA |
| **Duration:** | PERPETUAL |
| **Status:** | GOOD STANDING |
| **Corporation Type:** | PROFIT |
| **Business Type:** | FOREIGN CORPORATION |
| **Registration ID#:** | 56635149 |
| **Where Filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 350 HOWLETT BLDG |
| | SPRINGFIELD, IL 62756 |

### Registered Agent Information

| | |
|---|---|
| **Agent Name:** | C T CORPORATION SYSTEM |
| **Address:** | 208 SO LASALLE ST, SUITE 814 |
| | CHICAGO, IL 60604-1101 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.     Exhibit C, Page 1 of 2

| | |
|---|---|
| **Agent Appointed:** | 09/28/2010 |

### Principal Information

| | |
|---|---|
| **Name:** | RICHARD HADDRILL 6601 S BERMUDA RD LAS VEGAS NV 89119 |
| **Title:** | PRESIDENT |
| **Name:** | MARK LERNER SAME |
| **Title:** | SECRETARY |

### Additional Information

| | |
|---|---|
| **Filing Office Details:** | IMPORTANT: FILING IS "NOT IN GOOD STANDING" IF A CURRENT ANNUAL REPORT HAS NOT BEEN FILED |

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT