# Exhibit D



## Press Releases



11/11/2009

**BALLY TECHNOLOGIES' INNOVATION WINS TOP 2010 GAMING & TECHNOLOGY AWARDS**

*Bally again wins more awards than any other company; Cash Spin™ slot and Bally Biometric Recognition™ receive first-place honors*

LAS VEGAS, November 11, 2009 — Bally Technologies, Inc. (NYSE: BYI), a leader in slots, video machines, and casino-management systems for the global gaming industry, received top honors in the 8th Annual Global Gaming Business Gaming & Technology Awards, including two first-place endorsements for games and systems innovation. Bally's innovation won more awards than any other company for the second year in a row.

Bally earned two first-place nods – the only company to take the top spot for more than one award – in this yearly competition which ranks among the gaming industry's most prestigious awards for technology, products, and services that enhance the gaming experience. The honors, determined by a prestigious panel of judges with years of gaming-industry experience, are designed to recognize and encourage innovation and technology in the rapidly changing casino industry.

"We are very excited about the innovation explosion at Bally," said Richard Haddrill, Bally's Chief Executive Officer. "With half of our employees concentrating on R&D, and a renewed focus on customer and player feedback, our new products are the most innovative in our 77-year history. We will continue working hard to deliver games that delight players and drive revenue, and systems technology that provides operational efficiencies and new ways to enhance customer service, communication, and marketing."

Bally won first place in the 'Best Slot Product' category for the Company's new Cash Spin™ game with U-Spin™ and Interactive Reels™ (iReels™) technology . Cash Spin features a bonus round in which the player actually spins the wheel on the special, touch-enabled LCD screen that senses both the pressure and speed of a person's hand gestures, providing a new level of player control and interaction.

Bally's Biometric Recognition™ took first-place honors in the 'Best Productivity-Enhancement' category. As the industry's first product to incorporate distributed surveillance and biometric recognition, this system uses a miniature camera on each gaming machine to capture a patron's photo. This enables numerous applications, including cardless player tracking; anonymous self exclusion; employee validation; and money-laundering monitoring.

Other Bally products recognized for innovation were:

• Best Consumer-Service Technology – 2nd Place: CoolSign™ Media-Management Solution for property-wide control of all digital signage.
• Best Productivity-Enhancement Technology – 3rd Place: Bally Business Intelligence™ data, visualization, and campaign-management solution.
• Best Productivity-Enhancement Technology – Honorable Mention: Live Floor View™, a new configurable application developed to enable Bally systems customers to track real-time slot performance; identify carded and uncarded hot players; and evaluate comparative user-configurable time periods with numerous filtering options.
• Best Slot Product – Honorable Mention: Bally's Reel Image™ video slot, which uses a proprietary LED projection system to present a series of three, four, or five video reels that actually curve to resemble the look, feel, and play dynamics of a mechanical reel-spinner.

All of Bally's award-winning products will be on display in Bally's Global Gaming Expo (G2E) booth #1220 November 17-19 at the Las Vegas Convention Center.

The Gaming & Technology awards ceremony is being held during G2E at 11 a.m. Wednesday, November 18 on the Entertainment Stage in the lobby of the Las Vegas Convention Center.

**About Bally Technologies, Inc.**
With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide. Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives, and Class II, lottery and central determination games and platforms. As the world's No. 1 gaming-systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions. The Company also owns and operates Rainbow Casino in Vicksburg, Miss. For more information, please contact Laura Olson-Reyes, Director of Corporate Communications, at 702-584-7742, or visit http://www.BallyTech.com.

*This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby. Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements. Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the Company's filings with the Securities and Exchange Commission. The Company undertakes no obligation to update the information in this press release and represents that the information is only valid as of today's date.*