# Exhibit E



# Press Releases

**04/30/2010**

**BALLY TECHNOLOGIES LAUNCHES NEW CASH SPIN SLOT MACHINE WITH BREAKTHROUGH U-SPIN GESTURE-CONTROL TECHNOLOGY**

Game wins three prestigious gaming technology awards;
Initial orders in process for 1,000 units

LAS VEGAS, April 30, 2010 — Bally Technologies, Inc. (NYSE: BYI), a leader in slots, video machines, casino-management, networked, and server-based systems for the global gaming industry, announced that it has launched Cash Spin, a groundbreaking gaming device that features proprietary gesture-control technology that allows players to spin a virtual wheel on the game's display just as if it were an actual physical spinning wheel.

The Company currently has orders in process for nearly 1,000 units, and has recently installed the game in California, Florida, Louisiana, Missouri, Nevada, and Oklahoma casinos. Cash Spin is also approved in the following gaming jurisdictions: Arizona, Colorado, Connecticut, Delaware, Indiana, Iowa, Kansas, Manitoba, Michigan, New Mexico, New York, Nova Scotia, Oregon, Pennsylvania, Puerto Rico, and Wisconsin.

"The rate in which we are installing Cash Spin is the fastest we've ever seen with any game," said Gavin Isaacs, Bally's Chief Operating Officer. "Watching the players' reactions at the first installations of Cash Spin has been very rewarding for us. When they find out they can actually spin the wheel on the touch screen, the excitement is contagious."

In related news, the Company announced that Cash Spin has now won its third prestigious gaming award. The groundbreaking game won first place in the 2010 "Gaming & Technology Awards" at the Global Gaming Expo (G2E) last November. Recently, Cash Spin was one of 10 products selected out of 47 submissions in the "2010 Slot Floor Technology Awards," and the game also took a top spot in the "Top 20 Most Innovative Gaming Technology Products Awards" for 2010.

"We are gratified and delighted that Cash Spin was selected by independent judges for these important industry awards," Isaacs said. "The number of orders we have for this game, combined with the three awards, highlights the significance of this game's technological advancement in player control using our patent-pending U-Spin gesture-control technology."

What sets Cash Spin apart is the massive, brightly colored spinning wheel which occupies two-thirds of the video display above the mechanical reels. In the bonus round, the player actually spins the wheel on the screen – up, down, slow, or fast – and the wheel reacts just as if it were an actual physical wheel. This realism is further enhanced by true-to-life sound effects mimicking the "clack clack" sound of a physical wheel slowing down. This special U-Spin touch-enabled high-definition LCD senses both the pressure and speed of a person's hand gestures as they slide their finger across the wheel, thus providing a new level of player control and interaction.

This award-winning new gaming device also combines Bally's visually stunning and immensely successful V32 video platform with the Company's Interactive Reels™ (iReels™) technology, allowing the game to be played both as a video and as a reel-spinner at the same time. Unique graphic animations appear to float in front of the reels during bonus rounds, while the video overlay fades into the background during normal game play, allowing the mechanical reels underneath to come to the visual foreground.

Another key feature of Cash Spin is its "U-Spin Bonus Bet" of 15 credits times bet per line, which makes players eligible for the U-Spin Wheel Bonus Feature without having to bet max credits.

"Cash Spin was hands-down the hit of last year's Global Gaming Expo," Isaacs added. "Based on the high level of operator excitement about this technology, we are optimistic that Cash Spin could become the most successful game ever produced by Bally in the Company's 78-year history."

Exhibit E, Page 1 of 2

Cash Spin is part of Bally's new SpinNation™ series of wheel-spinning games. For more information on Cash Spin, please click here to visit the Cash Spin page on BallyTech.com.

About Bally Technologies, Inc.
With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide. Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives, and Class II, lottery and central determination games and platforms. As the world's No. 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions. The Company also owns and operates Rainbow Casino in Vicksburg, Miss. For more information, please contact Laura Olson-Reyes, Director of Corporate Communications, at 702-584-7742, or visit http://www.ballytech.com.

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby. Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements. Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the Company's filings with the Securities and Exchange Commission. The Company undertakes no obligation to update the information in this press release and represents that the information is only valid as of today's date.

— BALLY TECHNOLOGIES, INC. —