# Exhibit F



Par Sheets - FRN/PRN    [Search]

BYI-NYSE: $42.40 ▲ 1.26 (+3.06%) Oct. 14, 11:04 AM ET

**Games** | Systems | The Networked Floor | Customer Center | Player Center | Events | Press Room

- Video Slots
- Stepper Slots
- Premium Games
- International
- Class II Games
- Washington State Games

Advanced Game Search
Par Sheet Search
Game Modularity
Customer Support
Operator's Instruction Manuals
Hardware Specifications
Field Advisories



### Transparent Reels



Discover a visually stunning and dramatic new way to play with exciting animation and special effects that literally float above the reels for an unparalleled. gaming experience!


Dragon Dynasty - Transparent Reels


Twin Tigers - Transparent Reels


Sky Spirits - Transparent Reels

Transparent Reels Video Demo



*powered by Magnify.net*

Introducing **Transparent Reels**, a breakthrough in visual presentation that adds an entirely new dimension to traditional reel-spinning games. Using proprietary technology, **Transparent Reels** creates a simulated 3-D effect where various special animations are displayed in front of the mechanical reels. **Transparent Reels** significantly enhances the player experience with a "wow!" factor that will keep players mesmerized, thus increasing time on device, improving house averages and boosting win per game.

The key to **Transparent Reels** is its unique LCD screen that is superimposed over the mechanical reels beneath. During normal game play, the reels spin exactly like a traditional stepper, with the **Transparent Reels** effect becoming virtually invisible. But whenever a win or bonus event occurs, this amazing LCD screen comes to life with dynamic animations, captivating effects, and unexpected surprises - all appearing to magically "float" in front of the reels. In addition, this superimposed LCD video is touch-enabled, allowing players to actively interface with the game during the bonus round where animated images appear above the mechanical reels.