# Exhibit G

# CLASSIC HIGH-DENOM MECHANICAL-REEL GAMES ARE REBORN

## MORE THAN 50 UPDATED CLASSIC TITLES BEING RELEASED IN FY 2010

It's a blast from the past with a modern vibe. For years, our classic high-denom reel-spinning favorites like Blazing 7s®, Black&White™, Bonus Times 5X, 10X Pay™, Triple Blazing Sevens Double Jackpot™ and a host of others too numerous to mention have been the workhorse games operators turn to on casino floors around the globe. Now we're re-releasing these legendary titles on our advanced ALPHA Elite S9E reel-spinning platform, preserving the original high-volatility game math players crave while giving you the modern capabilities and features you demand. They will also have exciting new game-play mechanics, such as ante bets, to make these classic games more exciting and compelling than ever.









# CLEARLY DIFFERENT. CLEARLY AMAZING.

## THE NEW STEPPER SLOTS WITH A SPLIT PERSONALITY

Combining the classic appeal of traditional mechanical reels with the visual impact of cutting-edge video effects, Transparent Reels creates a new dimension of gaming reality for players. This unique interactive-reels technology superimposes dynamic video animations over standard mechanical reels. During regular play, the mechanical reels are clearly visible through the specially designed, translucent LCD display. But when a bonus sequence is triggered, or a winning combination occurs, the superimposed display comes alive with a dazzling variety of amazing special effects for a truly unforgettable gaming experience. An exciting library of new titles especially designed for this distinctive technology is coming soon, with three introductory titles available today.




